UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00-6336**
18 U.S.C. §656 **CR-ROETTGER**

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA )
)
v. )
)
MARIA PADOWITZ, )
)
Defendant )
_____)

## INFORMATION

The United States Attorney charges that:

### COUNT I

In or about November and December, 1999, at Broward County, in the Southern District of Florida, the defendant,

MARIA PADOWITZ,

being an employee of First Southern Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, did knowingly, willfully, and with the intent to injure and defraud First Southern Bank, embezzle, abstract, purloin, and misapply approximately $10,000.00 of the moneys, funds, and credits of and entrusted to the care and custody of First Southern Bank, in violation of Title 18, United States Code, Section 656.

GUY A. LEWIS
UNITED STATES ATTORNEY

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. ___2000R02380___ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **MARIA PADOWITZ** | **Superseding Case Information:** |

**Court Division:** (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

New Defendant(s)   Yes ___   No ___
Number of New Defendants  ___
Total number of counts  ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) _No_
   List language and/or dialect _____

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | | |
   | II | 6 to 10 days | ___ | Minor | | ___ |
   | III | 11 to 20 days | ___ | Misdem. | | ___ |
   | IV | 21 to 60 days | ___ | Felony | | _X_ |
   | V | 61 days and over | ___ | | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _____ No

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami?  ___ Yes _X_ No

_____
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 908223

*Penalty Sheet(s) attached                                                       REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant Name: __MARIA PADOWITZ__    Case No.: _____

Count #I: Theft, embezzlement, or misapplication by bank employee in excess of $1,000, in violation of 18:656

Max. Penalty: 30 years' imprisonment and $1,000,000.00 fine

Count #

Max. Penalty:

Count #

Max. Penalty:

Count #:

Max. Penalty:

Count #:

Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.