UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6336-CR-ROETTGER

18 U.S.C. §656

UNITED STATES OF AMERICA )  MAGISTRATE JUDGE
) SNOW
v. )
)
MARIA PADOWITZ, )
)
Defendant. )
_____)

FILED by _____ D.C.
DEC 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## WAIVER OF INDICTMENT

I, Maria Padowitz, the above-named defendant, who is accused of embezzling approximately $10,000.00, in violation of Title 18, United States Code, Section 656, being advised of the nature of the charge and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
MARIA PADOWITZ
DEFENDANT

_____
COUNSEL FOR DEFENDANT

Before _____
UNITED STATES MAGISTRATE JUDGE