UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6336-CR-ROETTGER

UNITED STATES OF AMERICA

vs

MARIE PADOWITZ

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on DECEMBER 13, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: __ON BOND FORM_____

                    _____

                    Telephone:_____

DEFENSE COUNSEL:    Name:____FEDERAL PUBLIC DEFENDER_____

                    Address:_____

                    _____

                    Telephone:_____

BOND SET/~~CONTINUED~~:   $ _10,000_  _PSB_____

Bond hearing held: yes____  no_X_  Bond hearing set for_____

Dated this __13TH__ day of __DECEMBER__, 2000.

                                   CLARENCE MADDOX
                                   COURT ADMINISTRATOR/CLERK OF COURT

                                   By_____
                                      Deputy Clerk

                                   Tape No._____00-_066_____

cc: Copy for Judge
    U. S. Attorney