## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | MARIE PADOWITZ (surrender) | CASE NO: | 00-6336-CR-ROETTGER |
| AUSA: | ROBIN ROSENBAUM /Nicholson | ATTY: | Derube |
| AGENT: | | VIOL: | 18:656 |
| PROCEEDING: | I/A ON INFORMATION | RECOMMENDED BOND: | PSB |
| BOND HEARING HELD - yes /(no) | | COUNSEL APPOINTED: | |
| BOND SET @: | 10,000 PSB | To be cosigned by: | |

*FILED by DEC 13 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☒ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Advised of Charges
waiver of indictment executed

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | N/A | | | |
| STATUS CONFERENCE: | | | | |

DATE: 12/13/00  TIME: 11:00  FTL/LSS TAPE # 00 - 066  Begin: 19  End: 1:33

