UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA )   U.S. Marshal #: 55582-004
             Plaintiff   )   Case Number: CR 00-6336-CR-NCR
                         )   REPORT COMMENCING CRIMINAL
     -vs-                )           ACTION
                         )
MARIE C PADOWITZ         )
             Defendant

FILED by _AK_ D.C.
DEC 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A". SELF SURR.

(1) Date and Time of Arrest: 12-13-00   am/pm
(2) Language Spoken: ENGLISH
(3) Offense(s) Charged: BANK EMBEZZELMENT

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown
(5) Date of Birth: 10-19-60
(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case#: _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____   (9) Arresting Officer: _____
(10) Agency: FBI            (11) Phone: _____
(12) Comments: _____