HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

FILED by _____ D.C.
[illegible] 1 - 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 01-6336-CR-NCR   Date: 3/1/01
Courtroom Clerk: P. Hart   Court Reporter: Berube
Probation Officer: _____   Interpreter: _____

Plaintiff(s): U.S.A.   Counsel: Rosenbaum

Defendant(s): M. Padowitz (B)   Counsel: B. Berube

Reason For Hearing: Plea

Result of Hearing/Judgment: D plead & adj. as guilty. PSI ordered. Bond cont'd. Sent. set May 29, 2001 at 1:30 P.M

Misc.: _____