FILED BY _____

UNITED STATES DISTRICT COURT 2001 APR -4 PM 4:28
SOUTHERN DISTRICT OF FLORIDA

CLERK U.S. DIST. CT.
CASE NO. 00-6336-CR-ROETTGER   S.D. OF FLA-FTL
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MARIA PADOWITZ,

    Defendant.

_____/

## MOTION TO AMEND THE CONDITIONS OF BOND

The Defendant, Maria Padowitz, through counsel, files this Motion to Amend The Conditions of Bond and states;

Defendant Maria Padowitz made her initial appearance before Magistrate Judge Snow on September 6, 2000. Since that date she has remained on bond and she has abided by all the terms and conditions imposed. The Defendant is scheduled for sentencing on May 24, 2001 at 1:30 p.m.

Undersigned counsel is requesting that the Court enter an order requiring Defendant Padowitz to contact via telephone the Pretrial Services Office on a weekly basis. Other grounds will be addressed at the time of the hearing on this matter.

Assistant United States Attorney Rosenbaum was called regarding this Motion. Ms. Rosenbaum was not available for comment.



WHEREFORE, the Defendant, Maria Padowitz, through counsel, requests that the Defendant's Motion to Amend the Conditions of Bond be granted. The Defendant will be required to contact the Pretrial Services Office via telephone at least once each week.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *(signature)*

Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 4th day of April, 2001, to Robin Rosenbaum, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, and to James Jamros, Drug and Alcohol Treatment Specialist, Pretrial Services Officer, 299 East Broward Boulevard, Fort Lauderdale, Florida, Room 301, Fort Lauderdale, Florida 33301.

*(signature)*

Robert N. Berube