## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | MARIA PADOWITZ (B) | CASE NO: | 00-6336-CR-ROETTGER |
| AUSA: | ROBIN ROSENBAUM / Washington | ATTY: | ROBERT BERUBE |
| AGENT: | | VIOL: | |
| PROCEEDING: | BOND MODIFICATION AT COUNSEL'S REQUEST | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by INTAKE APR - 5 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☒ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Motion heard. Bond modified to include psychological treatment at direction of PTS

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN, OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 4/5/01   TIME: 11.00   FTL/LSS TAPE # 01 - 017   Begin: 3394   End: 3557

15/68