UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __00-6336-CR-ROETTGER__

UNITED STATES OF AMERICA

    vs.

O R D E R

__MARIA PADOWITZ_____\



THIS CAUSE is before the Court on the motion of the defendant to modify conditions of release on bond. The Court having heard said motion and being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED that the defendant's Motion to Modify Conditions of Release be and the same is hereby GRANTED as follows:

    Defendant is to report to Pretrial Services as directed and submit to psychological treatment at the direction of her Pretrial Services Officer.

DONE AND ORDERED at Fort Lauderdale, Florida this 5th day of April, 2001.

*Lurana S. Snow*

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney
    United States Marshal
    Pretrial Services
    Counsel for Defendant