FILED by _____ D.C.

MAY 24 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6336 CR-NCR    Date: 5/24/01
Courtroom Clerk: P. Hart    Court Reporter: Beurer
Probation Officer: present    Interpreter: ____

Plaintiff(s): U.S.A.    Counsel: Tipin for Rosenbaum

Defendant(s): M Padowitz (B)    Counsel: B. Berube

Reason For Hearing: Sentencing

Result of Hearing/Judgment: No fine imposed.
Complete restitution. 1 day CT #1 time served.
Assessed $100.00. Mental Health
treatment. Full-time employment.
provide docs., no new credit
3 yrs S.R.

Misc.: ____