AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida

FILED by _____ D.C.

MAY 2 4 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| MARIA PADOWITZ | Case Number: **0:00CR06336-001** |
| | A.U.S.A.-Rosenbaum    Robert Berube, Esq., A.P.D. |

**THE DEFENDANT:**

Defendant's Attorney

- [x] pleaded guilty to count(s)  I
- [ ] pleaded nolo contendere to count(s) which was accepted by the court
- [ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 656 | Misapplication of bank funds | 12/13/2000 | 1 |

The defendant is sentenced as provided in pages 2 through **6** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) _____
- [ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | 05/24/2001 |
| Defendant's Date of Birth: 10/19/1960 | Date of Imposition of Judgment |
| Defendant's USM No.: 55582-004 | |
| Defendant's Residence Address: | *[signature]* |
| 4172 N.W. 53rd Street | Signature of Judicial Officer |
| Boca Raton    FL    33496 | **NORMAN C. ROETTGER** |
| | **U.S. DISTRICT COURT JUDGE** |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| 4172 N.W. 53rd Street | |
| Boca Raton    FL    33496 | 24 May 2001 |



No further action required by the U.S. Marshals Service.

James A. Tracone
UNITED STATES MARSHAL

Ed Funchase SDUSM