PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 66585

# United States District Court

for

## SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.

JAN 17 2002

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **PADOWITZ, Maria**          Case Number: **00-6336-CR-ROETTGER**

Name of Sentencing Judicial Officer: Honorable Norman C. Roettger, United States District Court Southern District of Florida, Ft. Lauderdale, Florida

Date of Original Sentence: May 24, 2001

Original Offense: Misapplication of bank funds, in violation of Title 18 U.S.C. § 656

Original Sentence:     Time served (1 day) followed by a 3 year term of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: May 24, 2001

Assistant U.S. Attorney:                         Defense Attorney:  
Robin Rosenbaum                                  Robert Berube, AFPD  
500 East Broward Boulevard 7th Floor             101 N. E. 3rd Avenue, Suite 202  
Ft. Lauderdale, FL 33394                         Ft. Lauderdale, FL 33301  
(954) 356-7255                                   (954) 356-7436

---

## PETITIONING THE COURT

[X]   To issue a warrant  
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about June, 2001, in Palm Beach County, Florida, the supervised releasee did commit attempted wire fraud contrary to Title 18 U.S.C. § 1343. |



PROB 12C  
(SD/FL 9/96)                                                    SD/FL PACTS No. 66585

Name of Offender: **PADOWITZ, Maria**          Case Number: **00-6336-CR-ROETTGER**

U.S. Probation Officer Recommendation:

         The term of supervision should be  
[X]   revoked.  
[ ]   extended for _ years, for a total term of _ years.  
[ ]   The conditions of supervision should be modified as follows:

                                             Respectfully submitted,

                        by  
                                       Thomas G. Slingluff  
                                       U.S. Probation Officer  
                                       Phone: (561) 804-6884  
                                       Date: January 3, 2001

---

**THE COURT ORDERS:**

[ ]   No Action  
[X]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

                                              Signature of Judicial Officer

                                              15 Jan 2002  
                                                  Date