# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**    DATE: 01/23/2002    TIME: 9:30 AM

DEFT. MARIA PADOWITZ (J)    CASE NO. 00-6336-CR-ROETTGER

AUSA. *Stephen Carlton* / ROBIN ROSENBAUM    ATTY. *PFD - Robin Rosen-Evans*

AGENT. T.SLINGLUFF-U.S. PROBATION    VIOL. VIOL. OF SUPERVISED RELEASE

PROCEEDING: INITIAL HEARING ON VIOL. OF SUPERVISED RELEASE    BOND. NO BOND RECOMMENDED

DISPOSITION: Initial held. Deft present - sworn/test. Violations read to deft & advised of her rights. Court questions deft, finds her Indigent & appts. PFD. Detention & Prelim. hearing set for 1-30-02 @ 11:00 AM in Ft. Laud before Duty Magistrate Judge.

DATE: 1-23-02    TAPE: AEV02-12-757