UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6336-CR-ROETTGER

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :

MARIA PADOWITZ,  :

    Defendant.  :
_____/



FILED by ___ D.C.
JAN 2 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
1 E. Broward Boulevard
Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 24 day of January, 2002 to Robin Rosenbaum, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 and Thomas Slinghuff, United States Probation Office, 501 South Flagler Drive, Suite 400, West Palm Beach, Florida 33401.

Samuel J. Smargon

S:\SMARGON\Padowitz\ASSIGN