PROB 19

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs **Maria Padowitz**                    Docket No. **00-6336-CR-ROETTGER**
                                                 SD/FL PACTS No. **66585**
TO:[1] Any U. S. Marshal or any authorized official

628037

| WARRANT FOR ARREST OF PROBATIONER | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. | | | |
| NAME OF PROBATIONER<br>Maria Padowitz | SEX<br>Female | RACE<br>White | AGE<br>41 |
| ADDRESS (STREET,CITY,STATE)<br>6113 Town Colony Drive, Apt 811, Boca Raton, FL 33433 | | | |
| PROBATION IMPOSED BY (NAME OF COURT)<br>Honorable Norman C. Roettger | DATE IMPOSED<br>May 24, 2001 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>Honorable Norman C. Roettger, U. S. District Judge, Southern District of Florida, Ft. Lauderdale | | | |
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | DATE<br>JAN 17 2002 | |

| RETURN | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED<br>01/17/2002 | DATE EXECUTED<br>01/22/2002 |
| EXECUTING AGENCY (NAME AND ADDRESS)   US Marshals Service<br>   299 E. Broward Blvd, Room 312  Ft Lauderdale, FL   33301 | | |
| NAME   Edward Stubbs, acting<br>         USMS   SD/FL | (BY) John Walker, ASDUSM | DATE   1/22/2002 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."