UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE # 00-6336-CR-NCR

VS.                             REPORT COMMENCING CRIMINAL ACTION

Moscato, Martin                 PRISONER # 55552-004

*************************************************************

TO CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI    FT. LAUDERDALE   (WEST PALM BEACH)   FT. PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
*************************************************************

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST: _____

2) LANGUAGE(S) SPOKEN: English

3) OFFENSE(S) CHARGED: Supervised Release Viol

4) U. S. CITIZEN  [ ] YES  [✓] NO  [ ] UNKNOWN

5) DATE OF BIRTH: 10/9/1960

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT    [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [✓] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   CASE # _____

   ORIGINATING DISTRICT: S/FL

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES  [ ] NO

7) AMOUNT OF BOND: N/A        WHO SET BOND _____

8) ARRESTING AGENT: _____   DATE: 1/23/02

9) AGENCY  USMS  (PRINT NAME)   PHONE: 655-1597

10) REMARKS: