## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: MARIA PADOWITZ (J)    CASE NO: 00-6336-CR-ROETTGER
AUSA: ROBIN ROSENBAUM *pres*    ATTY: CARL H. LIDA *pres*
AGENT: Thomas Slingluff USPO    VIOL:
PROCEEDING: PTD / PROBABLE CAUSE HEARING    RECOMMENDED BOND:

*FILED by JAN 30 2002 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - FT. LAUD.*

BOND HEARING HELD: yes / no    COUNSEL APPOINTED:
BOND SET @: 200,000 PSB    To be cosigned by: Joseph Luchese

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☒ Rpt to PTS USPO as directed / or ___ x's a week/month by phone, ___ x's a week/month in person. follow all lawful instruction
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary. re curfew, etc.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☒ ~~Curfew~~: reside w/ Mr. Luchese
- ☐ Travel extended to:
- ☒ No work in financial market if work permit is ever given to deft.
- ☐ Halfway House

Gov't proceeded by proffer

Cnsl proffered clients defense

Joseph Luchese Jr. will be witness for defense

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 1/30/02    TIME: 10:30    FTL/LSS TAPE # 02- 004    Begin: 2020    End: 2833

