UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           Case No. 00-6336–CR-ROETTGER

    Plaintiff,                              HON. JUDGE LURANA SNOW

v.                                  **NOTICE OF APPEARANCE**

MARIA PADOWITZ,

    Defendant.
_____/

FILED by __ D.C.
JAN 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

PLEASE NOTE the appearance of CARL H. LIDA, ESQUIRE, as attorney of record for the defendant MARIA PADOWITZ. Please direct all pleadings, correspondence and other matters to the undersigned on behalf of said defendant.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 29TH day of January, 2002 to: Robin Rosenbaum, Assistant United States Attorney, 500 East Broward Boulevard, Fort Lauderdale, Florida 33394.

                                                     Respectfully submitted,

                                                     _____
                                                     CARL H. LIDA, P.A.
                                                     Counsel for Defendant Padowitz
                                                     8751 W. Broward Blvd.
                                                     Suite 305
                                                     Fort Lauderdale, FL 33324
                                                     Telephone No. (954) 472-5001
                                                     Facsimile No. (954) 472-7687
                                                     Fl. Bar No. 200700

