UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6336-CR-ROETTGER

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

vs.   :

MARIA PADOWITZ,   :

    Defendant.   :
_____/

NIGHT BOX FILED
FEB - 4 2002
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Office of the Federal Public Defender respectfully moves that its appointment as counsel for the Defendant, Maria Padowitz, be terminated as he has retained Carl Lida, Esquire, 8751 W. Broward Blvd., Suite 305, Fort Lauderdale, Florida 33324. A copy of Mr. Lida's Notice of Appearance is attached hereto.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
1 E. Broward Boulevard
Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was mailed this ___4___ day of February, 2002 to Robin Rosenbaum, Esquire, United States Attorney's Office, 99 Northeast 4th Street, Miami, Florida 33132 and to Carl Lida, Esquire, 8751 W. Broward Blvd., Suite 305, Fort Lauderdale, Florida 33324.

*Samuel J. Smargon*
Samuel J. Smargon

S:\SMARGON\Padowitz\WITHDRAW.MOT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          Case No. 00-6336-CR-ROETTGER

    Plaintiff,                              HON. JUDGE LURANA SNOW

v.                                 **NOTICE OF APPEARANCE**

MARIA PADOWITZ,

    Defendant.
_____/

PLEASE NOTE the appearance of CARL H. LIDA, ESQUIRE, as attorney of record for the defendant MARIA PADOWITZ. Please direct all pleadings, correspondence and other matters to the undersigned on behalf of said defendant.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 29TH day of January, 2002 to: Robin Rosenbaum, Assistant United States Attorney, 500 East Broward Boulevard, Fort Lauderdale, Florida 33394.

                              Respectfully submitted,

                              CARL H. LIDA, P.A.
                              Counsel for Defendant Padowitz
                              8751 W. Broward Blvd.
                              Suite 305
                              Fort Lauderdale, FL 33324
                              Telephone No. (954) 472-5001
                              Facsimile No. (954) 472-7687
                              Fl. Bar No. 200700