UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6336-CR-ROETTGER/SNOW

UNITED STATES OF AMERICA,           :

    Plaintiff,                   :

v.                                  :

MARIA PADOWITZ,                     :

    Defendant.                   :
_____

**O R D E R**

THIS CAUSE is before the Court on the Federal Public Defender's Motion to Withdraw, which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The Federal Public Defender's Office is hereby released from any further duties in this cause as Carl Lida, Esquire, has filed a notice of appearance.

DONE AND ORDERED at Fort Lauderdale, Florida, this 11th day of February, 2002.

                                  LURANA S. SNOW
                                  UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Robin Rosenbaum (FTL)
AFPD Sam Smargon
Carl Lida, Esq.