

FILED by _____ D.C.

MAR 1 1 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6336-CR-ROETTGER

UNITED STATES OF AMERICA

v

MARIA PADOWITZ

<u>NOTICE</u>

_____/


TAKE NOTICE That a proceeding in this case has been set for <u>TUESDAY MARCH 19,2002 at 10:30 A.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 109, Ft. Lauderdale, Florida.

---

TYPE OF PROCEEDING:

VIOLATION OF SUPERVISED RELEASE

---


CLARENCE MADDOX, CLERK

DATED: 3/11/02

BY: _____

Deputy Clerk

32