UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6336-CR-ROETTGER

UNITED STATES OF AMERICA,        )
                                 )
Plaintiff,                       )
                                 )
vs.                              )
                                 )
MARIA PADOWITZ,                  )
                                 )
Defendant.                       )
_____ )



## JOINT MOTION FOR CONTINUANCE OF TRIAL

The United States of America and the defendant Maria Padowitz, through their respective undersigned counsel, hereby move for a thirty-day continuance of the hearing set for March 19, 2002, and state as follows:

1. The Court has set a hearing for March 19, 2002, on the government's allegations of the defendant's violation of her supervised release.

2. The parties have worked out a proposed agreed resolution of this matter but need some more time to work out the logistics of the proposed arrangement.

3. The parties need thirty days to make all necessary arrangements.

For the foregoing reasons, the parties respectfully request a thirty-day continuance of the hearing scheduled in this matter.

_____        GUY A. LEWIS
CARL LIDA                              UNITED STATES ATTORNEY
ATTORNEY FOR MARIA PADOWITZ
                                       _____
                                       By: ROBIN S. ROSENBAUM
                                       ASSISTANT U.S. ATTORNEY