UNITED STATES OF AMERICA,  
        Plaintiff,

v.

MARIA PADOWITZ,

        _____Defendant._____/

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 00-6336-CR-ROETTGER

<u>ORDER</u>



**THIS CAUSE** is before the Court on a joint motion for a continuance of the hearing set for March 19, 2002. Upon consideration of the motion and the record in this cause, it is

**ORDERED AND ADJUDGED** that the joint motion for a continuance of the hearing set for March 19, 2002 is hereby **GRANTED**. The hearing will be re-noticed.

**DONE AND ORDERED** this __18__ day of __March__, 2002.

_____
NORMAN C. ROETTGER
**UNITED STATES DISTRICT COURT JUDGE**

cc: counsel of record