UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,

v().

    CASE NO. 00-6336-CR-ROETTGER

MARIA PADOWITZ

    **EMERGENCY UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

    Defendant.

_____/

COMES NOW the defendant, MARIA PADOWITZ, by and through her undersigned counsel and pursuant to the Federal Rules of Criminal Procedure and files this Motion For Permission To Travel and states as her grounds the following:

1. Defendant Padowitz is presently under Order to stay in the Southern District of Florida, while out on bond pending probation violation.

2. Defendant would like to travel to Las Vegas, Nevada.

3. Defendant Padowitz would leave on Thursday, May 16, 2002 at 8:00 A.M. on National Airlines Flight # 80, and would return on Sunday, May 19, 2002 at 9:00 P.M. on National Airlines Flight # 412.

4. She would be staying at Bally's Las Vegas, 3655 Las Vegas Blvd. So., Las Vegas, Nevada, 89109, Clark County, Telephone Number (702) 739-4111.

5. Undersigned counsel's office has spoken with Robin Rosenbaum, counsel for the government who said she does not oppose this Motion.

WHEREFORE Defendant Padowitz prays this honorable Court will grant her Motion for Permission to Travel.

Respectfully submitted,

CARL H. LIDA
Counsel for Defendant Padowitz
8751 W. Broward Boulevard
Suite 305
Plantation, Florida 33324

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing was mailed on May 8th, 2002: AUSA Robin Rosenbaum, 500 East Broward Blvd., Suite # 700, Fort Lauderdale, Florida 33394 and to: Thomas G. Slingluff, U.S. Probation Officer, One Boca Place, 2255 Glades Road, Suite # 335W, Boca Raton, Florida 33431.

By: _____
CARL H. LIDA, ESQUIRE
Florida Bar No. 200700