UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


FILED by _____ D.C.
MAY 1 _
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA
    Plaintiff,
v.
                           CASE NO. 00-6336-CR-ROETTGER

MARIA PADOWITZ                **PROPOSED ORDER ON**
    Defendant.                         **EMERGENCY UNOPPOSED**
                                              **MOTION FOR TRAVEL**
_____/

**THIS CAUSE** having come on before the Court on Defendant Padowitz's Motion For Permission To Travel and the Court being fully advised in the premises,

It is hereby **ORDERED** and **ADJUDGED** that said Motion allowing Defendant Padowitz to travel to Las Vegas, Nevada, on Thursday, May 16, 2002 and return on Sunday, May 19, 2002 is _granted_.

**DONE** and **ORDERED** this _15_ day of May, 2002, in chambers in the City of ~~Fort Lauderdale, Broward County~~ Key West,

NORMAN C. ROETTGER,
United States District Court Judge

CC:  AUSA Robin Rosenbaum
       Thomas G. Slingluff, U.S. Probation Officer
       Carl H. Lida, Esq.

Carl H. Lida, P.A., Attorney at Law
Suite 305 • 8751 West Broward Blvd. • Plantation, FL 33324 • Broward: (954) 472-5001 • Fax: (954) 472-7687 • Wats: (800) 871-5001