```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO: 00-6336-CR-ROETTGER
UNITED STATES OF AMERICA

v

MARIA PADOWITZ
                                           NOTICE
```



FILED by _____ D.C.
JUN 3
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____/

TAKE NOTICE That a proceeding in this case has been set for FRIDAY June 21, 2002 at 11:30 A.M. at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

VIOLATION OF SUPERVISED RELEASE

CLARENCE MADDOX, CLERK

DATED: 6/3/02

BY: P. Hart

Deputy Clerk

