HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida



## COURT MINUTES

Case No.: 00-6336-CR-NCR    Date: 6/21/02
Courtroom Clerk: P. Hart    Court Reporter: Reeves
Probation Officer: ___    Interpreter: ___

Plaintiff(s): U.S.A.    Counsel: Mitrani for Rosenbaum

Defendant(s): M. Padowitz (B)    Counsel: C. Lida

Reason For Hearing: Deal. S.R.

Result of Hearing/Judgment: Pet. dismissed. △ to not leave the country & not return w/out written permission of the U.S. Atty General.

Misc.: ___

