UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

    Plaintiff,

v.                                 CASE NO. 00-6336-CR-ROETTGER

MARIA PADOWITZ               **UNOPPOSED MOTION TO
                                             DISCHARGE SURETIES**

    Defendant.
_____/

COMES NOW the defendant, MARIA PADOWITZ, by and through her undersigned counsel and pursuant to the Federal Rules of Criminal Procedure and files this Unopposed Motion to Discharge Sureties and states as her grounds the following:

1. Defendant Padowitz was charged with probation violation and released on bond.

2. The defendant and the government reached a mutually agreeable disposition which was presented to the Court and accepted by this Honorable Court.

3. The defendant was required to return to her homeland of the Philippines.

4. The defendant has returned to the Philippines and proper documentation has been shown to Assistant United States Attorney Robin Rosenbaum.

5. To assure her appearance, a surety bond was signed by Joe Luchese.

6. Defendant respectfully requests that this Honorable Court enter an order discharging all sureties in the above styled cause.

7. Counsel has spoken to Assistant United States Attorney Robin Rosenbaum, who has advised counsel she has no objection to this motion being granted.

WHEREFORE Defendant Padowitz prays this honorable Court will grant her Unopposed Motion to Discharge Sureties.

Respectfully submitted,

_____
CARL H. LIDA
Counsel for Defendant Padowitz
8751 W. Broward Boulevard
Suite 305
Plantation, Florida 33324

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing was mailed on August 5, 2002: AUSA Robin Rosenbaum, 500 East Broward Blvd., Suite # 700, Fort Lauderdale, Florida 33394 and to: Thomas G. Slingluff, U.S. Probation Officer, One Boca Place, 2255 Glades Road, Suite # 335W, Boca Raton, Florida 33431.

By: _____
CARL H. LIDA, ESQUIRE
Florida Bar No. 200700