| | |
|---|---|
| UNITED STATES OF AMERICA, | **UNITED STATES DISTRICT COURT** <br> **SOUTHERN DISTRICT OF FLORIDA** |
| Plaintiff, | Case No.:00-6336-CR-ROETTGER |
| v. | **ORDER** |
| MARIA PADOWITZ, | |
| _____Defendant._____/ | |

THIS CAUSE is before the court upon an unopposed motion for discharge of sureties filed by the defendant. As the defendant has fulfilled all conditions of bonds securing her appearance in this case, it is

**ORDERED AND ADJUDGED** that the unopposed motion for discharge of sureties is hereby **GRANTED**. The defendant's bonds are hereby discharged, the personal surety bond is discharged and the Clerk of Court for the Southern District of Florida is instructed to return, with interest, the bond money posted in the Court's Registry in the amount of $200,000.00, and release any liens securing the bonds herein.

DONE AND ORDERED this 25 day of Oct, 2002.

_____
NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record

